

ORDERED in the Southern District of Florida on August 23, 2017.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

SHEKERIA COLEMAN AND            Case No. 16-16286-BKC-RBR
AL J. COLEMAN,

    Debtors.                        Chapter 7
_____/

### ORDER GRANTING MOTION TO REOPEN [D.E. 33]

THIS MATTER came before the Court for a hearing on August 22, 2017, upon the *pro se* Debtors' *Motion to Reopen Chapter 7 Case* [D.E. 33] ("Motion") for the purpose of adding an omitted creditor. After the Court having considered the Motion, court file, argument of the Debtor, being otherwise duly advised, and for the reasons stated on the record, it is

**ORDERED** as follows:

1. The Motion [D.E. 33] is **GRANTED**.

2. If Debtor fails to add the omitted creditor **within thirty days of the entry of this order**, the Court may dismiss this case.

### 

*The Clerk shall furnish copies to all parties of record.*